Beth K. Findsen (023205)
Law Office of Beth K. Findsen, PLLC
7279 East Adobe Drive, Suite 120
Scottsdale, AZ 85255
(480) 584-6664
beth@findsenlaw.com
*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| HUGH GERALD BUFFINGTON, AND TERRY L. BEHRENS<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK, NATIONAL ASSOCIATION as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-4N; OCWEN LOAN SERVICING, LLC; ONEWEST BANK, F.S.B, INDYMAC MORTGAGE SERVICES, a Division of OneWest; and DOES 1-1000,<br><br>Defendants. | No. 2:14-CV-00615-SRB<br><br>DECLARATION OF BETH K. FINDSEN<br><br>(Honorable Susan R. Bolton) |

I, BETH K. FINDSEN, declare as follows:

1. I am the attorney for the Plaintiffs herein.

2. I emailed Charles Tony Piccuta on Wednesday, May 21, 2014 to discuss the next day's deposition. A true and correct copy of that email correspondence is attached hereto as Exhibit A.

3. Prior to the email conversation, May 21, 2014, the day before the deposition, Piccuta made no objection to the scope of the deposition or the documents requested, other than a vague telephonic reference when the parties were

-1-

discussing a possible stipulation about postponing the trustee's sale.

4. Piccuta and I had numerous email conversations about scheduling the depositions, in the days between the hearing held May 12, 2014, and the deposition held May 22, 2014. Attached as Exhibit B is a true and correct copy of an email chain between us regarding deposition scheduling.

5. The Deposition was interrupted to call the Court at approximately 10:17 a.m. Piccuta called the court on his cell phone during the recess indicated in the Transcript.

6. The witness left the deposition room before counsel, who stayed to argue, standing up with his files in his hand.

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

EXECUTED May 29, 2014.

LAW OFFICES OF BETH K. FINDSEN, PLLC

/s/Beth K. Findsen
Beth K. Findsen (023205)

# EXHIBIT A

## FINDSEN DECLARATION

| | |
|---|---|
| **From:** | Charles Tony Piccuta |
| **To:** | Beth Findsen |
| **Subject:** | RE: Buffington/Behrens; 7191033864 |
| **Date:** | Wednesday, May 21, 2014 1:08:36 PM |

Beth:

We do not agree with your assessment. We will comply with the order of the court and what Judge Bolton explicitly stated at the hearing. If you disagree with the parameters set forth by the Court, we suggest you take it up with the court. However, we will not allow you to misconstrue the order or what Judge Bolton explicitly stated at the time of the hearing.

Thanks,

Charles "Tony" Piccuta
Attorney
**HOUSER**
& ALLISON, APC
9970 Research Drive, Irvine, CA 92618
P: (949) 679-1111   F: (949) 679-1112
www.houser-law.com
Offices in Orange, Los Angeles, & San Diego Counties,
Boston, Las Vegas, Newark, New York, Phoenix, Portland, Seattle & Twin Cities.

**Admitted to Practice in Arizona, California, Illinois and Nevada.**

This electronic message contains information from the law firm of Houser & Allison, APC. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at tpiccuta@houser-law.com.

**From:** Beth Findsen [mailto:beth@findsenlaw.com]
**Sent:** Wednesday, May 21, 2014 1:01 PM
**To:** Charles Tony Piccuta
**Subject:** RE: Buffington/Behrens; 7191033864

Thank you for your response.

Regarding the documents, because of the upcoming PI hearing and the court order, we have bypassed Rule 26 for the purpose of the injunction hearing. This is a deposition of a party, so we can attach a request for production to the Notice and it is treated as a RFP. As you know, the judge has granted expedited discovery because of the swift timetable for the PI hearing.

Also, the active complaint is the FAVC, and the "substantial likelihood of success on the merits" of each live claim is at issue in the PI. The relevance standard will hew to the claims.

See you tomorrow,
Beth
**Beth K. Findsen**
*Attorney*

Beth K. Findsen PLLC
7279 E. Adobe Drive Suite 120
Scottsdale, AZ 85255
480-584-6664
www.findsenlaw.com

CONFIDENTIALITY NOTICE: UNAUTHORIZED INTERCEPTION IS PROHIBITED BY FEDERAL LAW [Electronic Communication Privacy Act of 1986, 18 U. S. C. 2701(a) and 2702(a)]

PRIVILEGED MATERIAL Attorney/Client Work Product.This message is transmitted with the authority of Beth K. Findsen PLLC. It is intended exclusively for the individuals and entities to which it is addressed.This communication, including any attachments, may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error,please notify the sender immediately by email to beth@findsenlaw.com or return email, and delete all copies of this communication.

**From:** Charles Tony Piccuta [mailto:tpiccuta@houser-law.com]
**Sent:** Wednesday, May 21, 2014 12:37 PM
**To:** Beth Findsen
**Subject:** Buffington/Behrens; 7191033864

Beth:

The deponent tomorrow will be Gina Feezer. Her title is Senior Loan Analyst. She is the PMK for the issues raised in the motion for preliminary injunction which is what tomorrow's deposition is limited to per Judge Bolton.

In addition, we did not agree to produce documents, nor did the court authorize this. As such, if you intend to pursue full blown discovery and seek documents you believe are relevant to your First Amended Complaint you should abide by FRCP 26(d). We will see you in the morning for tomorrow's deposition.

Best,

Charles "Tony" Piccuta
Attorney
**HOUSER**
& ALLISON, APC
9970 Research Drive, Irvine, CA 92618
P: (949) 679-1111   F: (949) 679-1112
www.houser-law.com
Offices in Orange, Los Angeles, & San Diego Counties,
Boston, Las Vegas, Newark, New York, Phoenix, Portland, Seattle & Twin Cities.

**Admitted to Practice in Arizona, California, Illinois and Nevada.**

This electronic message contains information from the law firm of Houser & Allison, APC. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at tpiccuta@houser-law.com.

**From:** Beth Findsen [mailto:beth@findsenlaw.com]
**Sent:** Wednesday, May 21, 2014 11:04 AM
**To:** Charles Tony Piccuta
**Subject:** FW: Depo
**Importance:** High

Who is the deponent for tomorrow? I need a designation---name, title, at the very least.   Are we going to get the documents early to save time?

See you tomorrow.
Beth

---

**From:** Beth Findsen [mailto:beth@findsenlaw.com]
**Sent:** Monday, May 19, 2014 10:44 AM
**To:** Charles Tony Piccuta (tpiccuta@houser-law.com)
**Subject:** FW: Depo

Okay, we're set for 10 a.m. at the State Bar on Thursday the 22nd. I need to know who the person is, and when I can expect the documents.

Also, I deposited the cash bond into my trust account.

Talk to you soon,
Beth

---

**From:** Beth Findsen [mailto:beth@findsenlaw.com]
**Sent:** Monday, May 19, 2014 9:49 AM
**To:** Charles Tony Piccuta (tpiccuta@houser-law.com)
**Subject:** Depo

Hi Tony,

We are on for taking your 30b6 witness on Thursday, the 22nd  We are still setting up the court reporter and I'll let you know time/place asap and we'll send you an amended notice.

Thanks,
Beth

**Beth K. Findsen**
*Attorney*
Beth K. Findsen PLLC
7279 E. Adobe Drive Suite 120
Scottsdale, AZ 85255
480-584-6664
www.findsenlaw.com
CONFIDENTIALITY NOTICE: UNAUTHORIZED INTERCEPTION IS PROHIBITED BY FEDERAL LAW [Electronic Communication Privacy Act of 1986, 18 U. S. C. 2701(a) and 2702(a)]

**PRIVILEGED MATERIAL** Attorney/Client Work Product.This message is transmitted with the authority of Beth K.

Findsen PLLC. It is intended exclusively for the individuals and entities to which it is addressed. This communication, including any attachments, may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email to beth@findsenlaw.com or return email, and delete all copies of this communication.

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2013.0.3469 / Virus Database: 3722/7534 - Release Date: 05/21/14

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2013.0.3469 / Virus Database: 3722/7534 - Release Date: 05/21/14

# EXHIBIT B

## FINDSEN DECLARATION

# Beth Findsen

| | |
|---|---|
| **From:** | Beth <findsenb@gmail.com> |
| **Sent:** | Thursday, May 29, 2014 1:19 PM |
| **To:** | l |
| **Subject:** | Fwd: 7090100442 (Buffington Ocwen 7191033864 ) |

Sent from my iPad

Begin forwarded message:

> **From:** Charles Tony Piccuta <tpiccuta@houser-law.com>
> **Date:** May 19, 2014 at 5:40:22 PM MST
> **To:** Beth <findsenb@gmail.com>
> **Subject: RE: 7090100442 (Buffington Ocwen 7191033864 )**
>
> Okay. Thanks. I will keep you posted regarding the 26th. I am scheduled for an out of state deposition that will require travel on the 26th but that may come off. I will let you know by the end of the week.
>
> Thanks,
>
> Charles "Tony" Piccuta
> Attorney
> **HOUSER**
> **& ALLISON, APC**
> 9970 Research Drive, Irvine, CA 92618
> P: (949) 679-1111   F: (949) 679-1112
> www.houser-law.com
> Offices in Orange, Los Angeles, & San Diego Counties,
> Boston, Las Vegas, Newark, New York, Phoenix, Portland, Seattle & Twin Cities.
>
> Admitted to Practice in Arizona, California, Illinois and Nevada.
>
> This electronic message contains information from the law firm of Houser & Allison, APC. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at tpiccuta@houser-law.com.
>
> ---
>
> **From:** Beth [mailto:findsenb@gmail.com]
> **Sent:** Monday, May 19, 2014 5:04 PM
> **To:** Charles Tony Piccuta
> **Subject:** Re: 7090100442 (Buffington Ocwen 7191033864 )
>
> Hugh cannot do the 23rd, but can do the 26th. He can also likely do other days on the week of the 26th, if you have any. I leave town from June 6-June 11 but will be back after that and able to schedule both Terry and Hugh after the 12th for any day except the 13th.
>
> Sent from my iPad
>
> On May 19, 2014, at 9:57 AM, Charles Tony Piccuta <tpiccuta@houser-law.com> wrote:

1

Beth:

Great. We will be there. Also, please advise as to producing Hugh on the 23rd as previously discussed. We are not sure the 26th will work, but should be able to tell you if that is a potential date by the end of today.

Thanks,

Charles "Tony" Piccuta
Attorney
**HOUSER**
& ALLISON, APC
9970 Research Drive, Irvine, CA 92618
P: (949) 679-1111   F: (949) 679-1112
www.houser-law.com
Offices in Orange, Los Angeles, & San Diego Counties,
Boston, Las Vegas, Newark, New York, Phoenix, Portland, Seattle & Twin Cities.

Admitted to Practice in Arizona, California, Illinois and Nevada.

This electronic message contains information from the law firm of Houser & Allison, APC. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at tpiccuta@houser-law.com.

---

**From:** Beth [mailto:findsenb@gmail.com]
**Sent:** Saturday, May 17, 2014 8:28 PM
**To:** Charles Tony Piccuta
**Subject:** Re: Exhibit to 05 16 14 Corrs re Prop Value and T Bill Rates.pdf

The 26th is Memorial Day but we can do that. I can produce both of them that same day. I don't think he can do the 23rd but he can do the 26th.

Sent from my iPad

On May 17, 2014, at 8:31 AM, Charles Tony Piccuta <tpiccuta@houser-law.com> wrote:

> Thanks Beth. The reponse to your proposed stipulation is no. Let's plan on proceeding with the 30(b)(6) next week on the 22nd. We will confirm with our client on Monday and advise. On Monday we will send you depo notices for Hugh and Terry. We will schedule Hugh's deposition for the 23rd and tentatively plan Terry's for the 26th.
>
>
> Thanks,
>
>
>
> -------- Original message --------
> From: Beth
> Date:05/17/2014 8:13 AM (GMT-08:00)

2

To: Charles Tony Piccuta
Subject: Exhibit to 05 16 14 Corrs re Prop Value and T Bill Rates.pdf

I accidentally left off this exhibit to the letter. Sorry for the separate pieces. Beth

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2013.0.3480 / Virus Database: 3722/7583 - Release Date: 05/29/14