Beth K. Findsen (023205)
Law Office of Beth K. Findsen, PLLC
7279 East Adobe Drive, Suite 120
Scottsdale, AZ 85255
(480) 584-6664
beth@findsenlaw.com
*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| HUGH GERALD BUFFINGTON, AND TERRY L. BEHRENS<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK, NATIONAL ASSOCIATION as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-4N; OCWEN LOAN SERVICING, LLC; ONEWEST BANK, F.S.B, INDYMAC MORTGAGE SERVICES, a Division of OneWest; and DOES 1-1000,<br><br>Defendants. | No.  2:14-CV-00615-SRB<br><br><br><br><br>**MOTION TO CONTINUE PRELIMINARY INJUNCTION HEARING SET FOR JUNE 19, 2014**<br><br><br><br>(Honorable Susan R. Bolton) |

Plaintiffs move to continue the Preliminary Injunction hearing currently set for June 19, 2014, until the Court has had an opportunity to rule on Plaintiff's Motion for Sanctions for Terminating Deposition and to Compel a New Rule 30(b)(6) Deposition.  (Dkt. 27).

At the May 12th Hearing,  in scheduling the Preliminary Injunction, the Court ordered that "upon request of counsel," "counsel may conduct discovery limited to the scheduling of Plaintiffs' depositions and a 30(b)(6) witness." (Dkt. 23).  Defendant obstructed the deposition of the 30(b)(6) deposition by walking out with the witness after 26 minutes.  Defendants have not even noticed the Plaintiffs' deposition.

In the Motion to Compel and for Sanctions (Dkt. 27), Plaintiffs requested sanctions for Defendant's early termination of the deposition of a corporate witness, and requested a new deposition before the hearing scheduled for June 19, 2014.

So far, Defendants have stonewalled the discovery, even though Defendants initially requested discovery at the May 12, 2014 Hearing.   In the interest of efficiency and in respect for the court's time and resources, Plaintiffs move that the Preliminary Injunction hearing be continued until the Court has an opportunity to rule on the Motion to Compel and for Sanctions (Dkt. 27).

Plaintiffs' counsel contacted Defense counsel to confer regarding this motion, but there was no response.

RESPECTFULLY SUBMITTED this 13th day of June, 2014.

**LAW OFFICES OF BETH K. FINDSEN, PLLC**

/s/Beth K. Findsen
Beth K. Findsen (023205)
*Attorney for Plaintiffs*

### CERTIFICATE OF CONFERENCE

I certify that I contacted Tony Piccuta on the morning of June 12, 2014, to determine whether he would stipulate or agree to this motion, but received no response by 12:03 p.m., June 13, 2014.

By: /s/ Beth K. Findsen

### CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2014, I electronically transmitted the attached document to the Clerk's Office using the ECR System for filing in Arizona District Court, and a copy was automatically emailed to all counsel of record.

By: /s/ Beth K. Findsen

-2-