**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES**

Phoenix Division

 **CV 14-00615-PHX-SRB**      DATE: 6-19-14
Year    Case No.

HON: SUSAN R. BOLTON

Hugh Gerald Buffington, et al.     v. U.S. Bank NA, et al.
Plaintiff(s)                                  Defendant(s)

Deputy Clerk: Maureen Williams     Court Reporter: Liz Lemke

Beth Findsen                              Charles Piccuta
Plaintiff(s) counsel                       Defense counsel
================================================================================
**PROCEEDINGS**:   X  Open Court    _Chambers     _ SEALED

9:35 a.m.  This is the time set for Preliminary Injunction Hearing.  In lieu of witness testimony, Plaintiffs' counsel requests admission of the declarations.  Counsels' stipulation regarding admission of certain exhibits are discussed.  9:41 a.m. Court stands at recess to allow counsel to confer regarding their stipulation.

10:01 a.m.  Reconvene.  Upon stipulation of counsel, Exhibits 1 through 5, 6 [subject to redaction], 7 through 19 and 25 through 27 are admitted.  Exhibits 20 and 21 are admitted.  The Court takes under advisement the offer of Exhibit 22.  Exhibits 23, 29 and 30 are admitted. Plaintiffs' counsel's offer of Exhibit 31 will be ruled on based on Defendants' filed objection.  Upon stipulation of counsel, Exhibits 75 through 79 are admitted.  Argument is held.  IT IS ORDERED granting Plaintiffs' Motion for Preliminary Injunction [Doc. 3].  The Court will not order further security.  The Court continues to order that the security presently in place both on deposit with the court and on deposit with Plaintiffs' counsel in her trust account be maintained while the preliminary injunction is in effect.

10:45 a.m.  Court is adjourned.